**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Andreina Ramos | Social Security number or ITIN  xxx–xx–1721 |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN  _ _ _ _ <br> EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–16564–KCF | |

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Andreina Ramos

7/5/19                                **By the court:**  Kathryn C. Ferguson
                                                          United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                              Case No. 19-16564-KCF
Andreina Ramos                                                      Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 2    Date Rcvd: Jul 08, 2019
                      Form ID: 318    Total Noticed: 27

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 10, 2019.
```
db              +Andreina Ramos,   229 Academy street apt 101,    Trenton, NJ 08618-3901
518156205       +Allen Chern Law,   79 W Monroe St,    notices@uprightlaw.com,    Chicago, IL 60603-4901
518156210       +Citibank North America,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,
                  St Louis, MO 63179-0034
518156215       +Esperanza Apts.,   10 Wood Street,    Trenton, NJ 08618-3921
518156216       +FedLoan Servicing,   Attn: Bankruptcy,    Po Box 69184,    Harrisburg, PA 17106-9184
518156217        Finwise/aff,   Finwise Bank,    Dallas, TX 75356
518250751       +Jersey Central Power & Light/FirstEnergy,    101 Crawford's Corner Rd.,    Bldg# 1 Suite 1-511,
                  Holmdel, NJ 07733-1976
518156219       +Mariner Finance,   Attn: Bankruptcy,    8211 Town Center Dr,    Nottingham, MD 21236-5904
518156220       +Sterling Jewelers, Inc.,    Attn: Bankruptcy,    Po Box 1799,    Akron, OH 44309-1799
518156224       +Td Retail Card Services/Samsung,    Attn: Bankruptcy,    Po Box 731,    Mahwah, NJ 07430-0731
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
tr              +EDI: QTJORR.COM Jul 09 2019 04:18:00      Thomas Orr,   Law Office of Thomas J. Orr,
                  321 High Street,    Burlington, NJ 08016-4411
smg              E-mail/Text: usanj.njbankr@usdoj.gov Jul 09 2019 00:52:35      U.S. Attorney,   970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jul 09 2019 00:52:32      United States Trustee,
                  Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                  Newark, NJ 07102-5235
518156206       +EDI: AMEREXPR.COM Jul 09 2019 04:18:00      Amex,   Correspondence/Bankruptcy,    Po Box 981540,
                  El Paso, TX 79998-1540
518156207       +EDI: CAPITALONE.COM Jul 09 2019 04:18:00      Capital One,   Attn: Bankruptcy,    Po Box 30285,
                  Salt Lake City, UT 84130-0285
518156208       +EDI: CHASE.COM Jul 09 2019 04:23:00      Chase Card Services,    Attn: Bankruptcy,    Po Box 15298,
                  Wilmington, DE 19850-5298
518156209       +EDI: CHRYSLER.COM Jul 09 2019 04:18:00      Chrysler Financial/TD Auto,    Attn: Bankruptcy,
                  Po Box 9223,   Farmington Hills, MI 48333-9223
518156211       +EDI: WFNNB.COM Jul 09 2019 04:18:00      Comenity Bank/Kay Jewelers,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
518156212       +EDI: WFNNB.COM Jul 09 2019 04:18:00      Comenity Bank/Victoria Secret,    Attn: Bankruptcy,
                  Po Box 182125,    Columbus, OH 43218-2125
518156213        EDI: WFNNB.COM Jul 09 2019 04:18:00      Comenity Capital/Zales,    Attn: Bankrutptcy Dept,
                  Po Box 18215,    Columbus, OH 43218
518156214       +EDI: WFNNB.COM Jul 09 2019 04:18:00      Comenitycb/alphaeoncos,    Attn: Bankruptcy Dept,
                  Po Box 182125,    Columbus, OH 43218-2125
518156218       +E-mail/Text: bncnotices@becket-lee.com Jul 09 2019 00:51:48      Kohls/Capital One,
                  Kohls Credit,   Po Box 3120,    Milwaukee, WI 53201-3120
518157368       +EDI: RMSC.COM Jul 09 2019 04:18:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,    Norfolk, VA 23541-1021
518156221       +EDI: RMSC.COM Jul 09 2019 04:18:00      Synchrony Bank/Amazon,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
518156222       +EDI: RMSC.COM Jul 09 2019 04:18:00      Synchrony Bank/Walmart,    Attn: Bankruptcy,
                  Po Box 965060,    Orlando, FL 32896-5060
518156225        EDI: TFSR.COM Jul 09 2019 04:18:00      Toyota Motor Credit Co,    Toyota Financial Services,
                  Po Box 8026,    Cedar Rapids, IA 52408
518156223       +EDI: WTRRNBANK.COM Jul 09 2019 04:18:00      Target,   Attn: Bankruptcy,    Po Box 9475,
                  Minneapolis, MN 55440-9475
                                                                                               TOTAL: 17
```

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 10, 2019                              Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2          Date Rcvd: Jul 08, 2019
                              Form ID: 318               Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on July 5, 2019 at the address(es) listed below:

```
              Denise E. Carlon     on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Marcia Y. Phillips     on behalf of Debtor Andreina   Ramos theladyjustice@outlook.com,
               theladyjustice.phillips@gmail.com
              Rebecca Ann Solarz     on behalf of Creditor    Toyota Lease Trust rsolarz@kmllawgroup.com
              Thomas   Orr     tom@torrlaw.com, Torr@ecf.axosfs.com
              U.S. Trustee     USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 5
```